IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY BLY, | ) | CASE NO. 3:18-cv-000406 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL, WITH PREJUDICE.** |
| BJ INSPECTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Tracy Bly and Defendant, BJ Inspections, Inc., by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff dismisses her Complaint, with prejudice, court costs to Defendant.

Respectfully submitted,

/s/ Horace F. Consolo
Frank  Consolo (0042455)
Horace F. Consolo (0096571)
CONSOLO LAW FIRM CO., LPA
212 Hoyt Block
700 West St. Clair Avenue
Cleveland, OH 44113
Tel.: (216) 696-5400
Fax: (216) 696-2610
Email: fconsolo@consololaw.com
Email: hconsolo@consololaw.com
*Attorneys for Plaintiff Tracy Bly*

/s/ Kenneth J. Hardin II
Kenneth J. Hardin II (PA ID NO. 58303)
HARDIN THOMPSON, P.C.
The Frick Building
437 Grant Street, Suite 620
Pittsburgh, PA 15219
Tel.: (412) 315-7195
Fax:  (412) 315-7386
Email: kenhardin@hardinlawpc.net
*Attorney for Defendant BJ Inspections, Inc.*

It is so ORDERED.
s/John R. Adams
U.S. District Judge
July 25, 2018